UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DSI GROUP, INC. d/b/a OVATION IN-STORE

CIVIL ACTION NO.: 1:23-CV-00513

vs

*Plaintiff*

NEW ENGLAND WIRE PRODUCTS INC.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Massachusetts }
County of Suffolk } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Massachusetts,

That on **02/02/2023** at **4:19 PM** at **9 Mohawk Drive, Leominster, MA 01453**

deponent served a(n) **Summons in a Civil Action and Complaint Jury Trial Demanded, Exhibits A-F, Civil Cover Sheet**

on **New England Wire Products Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Kristin Gaul, Chief Financial Officer** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
7th day of February, 2023

_____
NOTARY PUBLIC

LYNN C. DEWSNAP
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/08/2027

*Brad Mehring 2-7-23*
_____
Brad Mehring